UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEJIA HERNANDEZ,

                            Plaintiff,

-against-

CITY OF MIDDLETOWN N.Y. POLICE;
DETECTIVES DIVISION,

                            Defendants.

**ORDER**

24-CV-1282 (PMH)

PHILIP M. HALPERN, United States District Judge:

    An initial conference was scheduled for today. Defense counsel appeared; Plaintiff, who is currently detained at the Orange County Jail and proceeding *pro se*, did not appear because the correctional facility advised that it could not produce Plaintiff for the scheduled conference. Accordingly, the initial conference was not held.

    Defendants shall, by **October 10, 2024**, file their answer or pre-motion conference letter pursuant to Rule 2(C) of this Court's Individual Practices.

    The Clerk of Court is respectfully requested to mail a copy of this Order to Plaintiff.

Dated: White Plains, New York
         October 3, 2024

                                      SO ORDERED:

                                      _____
                                      Philip M. Halpern
                                      United States District Judge