UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSE MEJIA HERNANDEZ,

                Plaintiff,

-against-

CITY OF MIDDLETOWN N.Y. POLICE; DETECTIVES DIVISION,

                Defendants.

**ORDER**

24-CV-1282 (PMH)

---

    Plaintiff, who is proceeding *pro se* and *in forma pauperis*, commenced this action on February 16, 2024. (Doc. 1). Plaintiff filed an amended complaint on September 20, 2024. (Doc. 25). Defendants' request for permission to move to dismiss the amended complaint was granted on October 9, 2024 and the Court entered a briefing schedule. (Doc. 16). On November 4, 2024, Defendants filed their motion to dismiss. (Doc. 32). Plaintiff's opposition was due by December 13, 2024. (*See* Doc. 16). To date, Plaintiff has not filed an opposition to the motion or sought an extension of time to file an opposition brief.

    Given Plaintiff's *pro se* status, the Court *sua sponte* extends plaintiff's time to oppose the motion to dismiss until January 13, 2025. Defendants' reply, if any, is due January 27, 2025.

    **If plaintiff fails to file his opposition by January 13, 2025, the motion will be deemed fully submitted and unopposed. No further extensions of time will be granted.**

    The Clerk is instructed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: White Plains, New York
       December 23, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge