UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSE MEJIA HERNANDEZ,

                Plaintiff,

-against-                              24 **CIVIL** 1282 (PMH)

## **JUDGMENT**

CITY OF MIDDLETOWN POLICE; DETECTIVE
KEVIN C. BRISCHOUX; and SGT. COLON
EVAN R.,

                Defendants.
------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated April 22, 2025, Plaintiff's Section 1983 claim is time-barred and thus dismissed with prejudice as any amendment would be futile. To the extent he has alleged a state law claim, it is dismissed without prejudice to re-filing in the proper forum. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Accordingly, the case is closed.

**Dated:**  New York, New York

      April 23, 2025

                                        **TAMMI M HELLWIG**
                                        **Clerk of Court**

                      **BY:**
                                          **Deputy Clerk**